AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

RUSSELL SORENSEN, as executor of the estate of David E. Sorensen, deceased, HEATHER SORENSEN, as mother of M.M.S, a minor; HEATHER SORENSEN, as mother of M.A.S. minor, et al.

*Plaintiff(s)*

v.   Civil Action No. 2:21-cv-00272-BLW

ECHO RENTAL COMPANY, REBECCA CAWLEY, a personal representative of the estate of JAY MICHAEL CAWLEY, deceased BROOKS SEAPLANE SERVICE, INC. AND ANNE MARGARET LUNT, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anne Margaret Lunt
c/o Jeffrey R. Ropp
Winston & Cashatt
601 W. Riverside Ave
Ste 1900
Spokane, WA 99201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NOLAN LAW GROUP
Mr. Thomas Routh
20 N. Clark St - 30th fl
Chicago, IL 60602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 25, 2021

*CLERK OF COURT*



**United States Courts
District of Idaho
ISSUED**
*Jocelyn Dunnegan
on Jun 25, 2021 9:50 am*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: