| | |
|---|---|
| Mark S. Northcraft, ISB No. 9892<br>Aaron D. Bigby, ISB No. 10172<br>NORTHCRAFT BIGBY PC<br>819 Virginia Street, Suite C-2<br>Seattle, WA  98101<br>Telephone: (206) 623-0229<br>Facsimile: (206) 623-0234<br>Email: mark_northcraft@northcraft.com<br>           aaron_bigby@northcraft.com<br>Attorneys for Defendant Echo Rental Company | The Honorable B. Lynn Winmill |

UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| RUSSELL SORENSEN, as executor of the estate of DAVID E. SORENSEN, deceased, HEATHER SORENSEN, as mother of M.M.S., a minor; HEATHER SORENSEN, as mother of M.A.S., a minor; HEATHER SORENSEN, DALLIN SORENSEN, DANE SORENSEN, and MADISON SORENSEN;<br><br>                         Plaintiffs,<br><br>     v.<br><br>ECHO RENTAL COMPANY, REBECCA CAWLEY, as personal representative of the estate of JAY MICHAEL CAWLEY, deceased, BROOKS SEAPLANE SERVICE, INC., and ANNE MARGARET LUNT, as personal representative of the estate of NEIL LUNT, deceased,<br><br>                         Defendants. | No. 2:21-cv-00272-BLW<br><br>**ECHO RENTAL COMPANY'S NOTICE OF APPEARANCE**<br><br>**[Clerk's Action Required]** |

TO:            Clerk of the Court

AND TO:    Regina M. McCrea, counsel for Plaintiffs

YOU ARE HEREBY NOTIFIED that the Defendant Echo Rental Company, appears in this action by the law firm of Northcraft Bigby PC, by the undersigned attorneys.  All pleadings, notices, and other papers in this action, exclusive of process, should be served at the address stated below.

**ECHO RENTAL COMPANY'S**
**NOTICE OF APPEARANCE - 1**
w:\sorenson\pld\appearance.echo

DATED this 8th day of July, 2021.

/s/ Mark S. Northcraft
/s/ Aaron D. Bigby
Mark S. Northcraft, ISB No. 9892
Aaron D. Bigby, ISB No. 10172
Northcraft Bigby PC
819 Virginia Street, Suite C-2
Seattle, WA  98101
Telephone: (206) 623-0229
Facsimile: (206) 623-0234
Email: mark_northcraft@northcraft.com
aaron_bigby@northcraft.com
Attorneys for Defendant Echo Rental Company