AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ELHO RENTAL CO. (BRIAN DEATLEY)
was received by me on *(date)* 6/30/21 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BRIAN DEATLEY , who is designated by law to accept service of process on behalf of *(name of organization)* ELHO RENTAL on *(date)* 7/6/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 62.00 for travel and $ _____ for services, for a total of $ 62.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/6/21

Server's signature

Deputy Gregory Egbert
Printed name and title

Bryce Scrimsher
Sheriff, Nez Perce County
1150 Wall Street
Lewiston, Idaho 83501
Server's address

Additional information regarding attempted service, etc: