| | |
|---|---|
| Mark S. Northcraft, ISB No. 9892<br>Aaron D. Bigby, ISB No. 10172<br>NORTHCRAFT BIGBY PC<br>819 Virginia Street, Suite C-2<br>Seattle, WA  98101<br>Telephone: (206) 623-0229<br>Facsimile:  (206) 623-0234<br>Email: mark_northcraft@northcraft.com<br>　　　　aaron_bigby@northcraft.com<br>Attorneys for Defendant Echo Rental Company | The Honorable B. Lynn Winmill |

UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| RUSSELL SORENSEN, as executor of the estate of DAVID E. SORENSEN, deceased, HEATHER SORENSEN, as mother of M.M.S., a minor; HEATHER SORENSEN, as mother of M.A.S., a minor; HEATHER SORENSEN, DALLIN SORENSEN, DANE SORENSEN, and MADISON SORENSEN;<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ECHO RENTAL COMPANY, REBECCA CAWLEY, as personal representative of the estate of JAY MICHAEL CAWLEY, deceased, BROOKS SEAPLANE SERVICE, INC., and ANNE MARGARET LUNT, as personal representative of the estate of NEIL LUNT, deceased,<br><br>　　　　　　　　Defendants. | No.  2:21-cv-00272-BLW<br><br>**DEFENDANT ECHO RENTAL COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Echo Rental Company states that it is an Idaho corporation.  Defendant Echo Rental Company is a wholly owned subsidiary of DeAtley Crushing Company; DeAtley Crushing Company is the wholly owned subsidiary of Eucon Corporation; no publicly held corporation owns 10% or more of Echo Rental Company's stock.

///

**DEFENDANT ECHO RENTAL COMPANY'S
CORPORATE DISCLOSURE STATEMENT - 1**
w:\sorensen\pld\corp disclosure stmt (Echo Rental)

DATED this 23rd day of July, 2021.

        NORTHCRAFT BIGBY PC

        /s/ Aaron D. Bigby
        Mark S. Northcraft, ISB No. 9892
        Aaron D. Bigby, ISB No. 10172
        Attorneys for Defendant Echo Rental Company

**DEFENDANT ECHO RENTAL COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT - 2**
w:\sorensen\pld\corp disclosure stmt (Echo Rental)