Regina M. McCrea, ISB No. 6845
OWENS, McCREA LINSCOTT PLLC
6500 N. Mineral Drive, Suite 103
Coeur d'Alene, ID  83815
(208) 762-0203 (Telephone)
Email:  rmccrea@omllaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL SORENSEN, as Executor of the Estate of DAVID E. SORENSEN, deceased; HEATHER SORENSEN, as Mother and Next Friend of M.M.S., a Minor; HEATHER SORENSEN as Mother and Next Friend of M.A.S., a Minor; DALLIN SORENSEN; DANE SORENSEN; and MADISON SORENSEN;<br><br>  Plaintiffs,<br>vs.<br><br>ECHO RENTAL COMPANY; REBECCA CAWLEY, as Personal Representative of the Estate of JAY MICHAEL CAWLEY, deceased; BROOKS SEAPLANE SERVICE, INC.; and ANNE MARGARET LUNT, as Personal Representative of the Estate of NEIL LUNT, deceased;<br><br>  Defendants. | CASE NO. 2:21-cv-00272-BLW<br><br>STATUS REPORT |

COME NOW the Plaintiffs, by and through their counsel of record, Regina M. McCrea of Owens, McCrea & Linscott, PLLC, and hereby submit this Status Report to the Court on Service of Process, pursuant to Local Rule 4.1.

The Summons and Complaint have been served upon Echo Rental Company on July 6, 2021. Proof of service can be located at ECF Dkt. No. 5.    Also, on July 6, 2021, the Summons and Complaint were served upon Rebecca Cawley, as Personal Representative of the Estate of Jay Michael Cawley, deceased. Proof of service can be located at ECF Dkt. No. 4.

STATUS REPORT - 1

The Summons and Complaint have been served upon Anne Margaret Lunt, as Personal Representative of the Estate of Neil Lunt, deceased, on July 8, 2021. Oral confirmation was made by the Spokane County Sheriff's Department and the proof of service document was sent by regular mail on July 15, 2021. As of the date of the filing of this Status Report, the proof of service has not been received, but will be filed immediately upon receipt.

The Summons and Complaint have not yet been served upon Brooks Seaplane Service, Inc. The Spokane County Sheriff's Department has orally communicated that it made three separate attempts to serve the registered agent, none of which were successful. Plaintiff has also requested that the attorney for Brooks Seaplane Service, Inc. accept service of the Summons and Complaint. However, as of the time of this filing, no response has been given. As such, Plaintiffs will continue their efforts to serve this Defendant.

DATED this 26th day of July, 2021.

OWENS, McCREA & LINSCOTT, PLLC

/s/ *Regina M. McCrea*
REGINA M. MCCREA
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was, on the 26th day of July, 2021, served electronically through CM/ECF to the following:

Mark Northcraft ..................................................................mark_northcraft@northcraft.com
Aaron Bigby........................................................................aaron_bigby@northcraft.com
Northcraft Bigby, PC
*Attorneys for Echo Rental Co.*

  s/ Regina M. McCrea
Regina M. McCrea
Owens, McCrea & Linscott