

# Spokane County Sheriffs Office
## Spokane County, Washington
### Sheriff's Return of Service

| | |
|---|---|
| **State of Washington** ) | **Sheriff Number:** 2021/07-0003 |
| ) ss | **Court Number:** 221CV00272BLW |
| **County of Spokane** ) | **Prosecutor/Records Number:** |

### Plaintiff / Petitioner

RUSSELL SORENSEN, as executor of the estate of David E Sorensen, deceased, HEATHER SORENSEN , as mother of M.M.S., a minor; HEATHER SORENSEN, as mother of M.A.S minor, et al

### Defendant / Respondent

ECHO RENTAL COMPANY, REBECCA CAWLEY, a personal representative of the estate of JAY MICHAEL CAWLEY, deceased, BROOKS SEAPLANE SERVICE, INC  AND

ANNE MARGARET LUNT  , et al

I, Ozzie D. Knezovich, Sheriff in and for said County and State, do hereby certify that on July 01, 2021 I received the following:

SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL

and that I served the same on July 08, 2021 at the hour of 10:24 AM within the County of Spokane, State of Washington as following:

Substitute          After diligent search and inquiry, was unable to find:

ANNE MARGARET LUNT

601 W RIVERSIDE AVE STE 1900 SPOKANE,  WA 99201-0627

I served by delivering to and leaving with:
JEFFREY R ROPP, Attorney

personally, a person of suitable age and discretion, then resident therein at the house and usual abode of said:
ANNE MARGARET LUNT

| Service | Fee |
|---|---|
| Return | $30.00 |
| Service 1 | $30.00 |
| Service 1 | $30.00 |
| Mileage | $28.63 |
| Notary | $10.00 |
| Total: | $128.63 |

Ozzie D. Knezovich, Sheriff

Spokane County, Washington

By: *(signature)*

Civil Deputy Personnel# 59970

Dated: **7/27/2021**

FOR USE ON OUT-OF-STATE OR FEDERAL SERVICE:

Subscribed and Sworn to before me this:

_____ day of _____

NOTARY PUBLIC in and for the State of Washington,

residing in Spokane. My commission expires: _____

**PRIOR TO YOUR COURT DATE, THIS RETURN OF SERVICE MUST BE FILED IN THE COURT OF JURISDICTION WHERE YOUR CASE RESIDES!**