

# Spokane County Sheriffs Office
### Spokane County, Washington
## Sheriff's Return of Service

| | |
|---|---|
| **State of Washington** ) | **Sheriff Number:** 2021/07-0118 |
| ) ss | **Court Number:** 2:21CV00272BLW |
| **County of Spokane** ) | **Prosecutor/Records Number:** |

### Plaintiff / Petitioner

RUSSELL SORENSEN as executor of the estate of David E. Sorensen, deceased, HEATHER SORENSEN, as mother of M.M.S, a minor; HEATHER SORENSEN, as mother of M.A.S. minor, et al.

### Defendant / Respondent

ECHO RENTAL COMPANY, REBECCA CAWLEY, a personal representative of the estate of JAY MICHAEL CAWLEY, deceased BROOKS SEAPLANE SERVICE, INC. AND ANNE MARGARET LUNT, et al.

I, Ozzie D. Knezovich, Sheriff in and for said County and State, do hereby certify that on July 28, 2021 I received the following:

Summons in a Civil Action; Complaint and Demand for Jury Trial

and that I served the same on July 30, 2021 at the hour of 07:05 AM within the County of Spokane, State of Washington as following:

Personal — By delivering to and leaving with:

BROOKS SEAPLANE SERVICE, INC.

C/O ANNE LUNT
2337 N HOLL BLVD, LIBERTY LAKE, WA99016-5232

| Service | Fee |
|---|---|
| Return | $15.00 |
| Service 1 | $30.00 |
| Mileage | $36.12 |
| Notary | $10.00 |
| Total: | $91.12 |

NOTARY PUBLIC
STATE OF WASHINGTON
CARISSA LANDRY
204081
MY COMMISSION EXPIRES
NOVEMBER 16, 2022

Ozzie D. Knezovich, Sheriff

Spokane County, Washington

By: *Deputy D. Loughora*

Civil Deputy Personnel# 591627

Dated: 8-3-2021

FOR USE ON OUT-OF-STATE OR FEDERAL SERVICE:

Subscribed and Sworn to before me this:

3rd day of August, 2021

NOTARY PUBLIC in and for the State of Washington,

residing in Spokane. My commission expires: 11/16/22

**PRIOR TO YOUR COURT DATE, THIS RETURN OF SERVICE MUST BE FILED IN THE COURT OF JURISDICTION WHERE YOUR CASE RESIDES!**