UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| RUSSELL SORENSEN, as executor of the estate of DAVID E. SORENSEN, deceased, HEATHER SORENSEN, as mother of M.M.S., a minor; HEATHER SORENSEN, as mother of M.A.S., a minor; HEATHER SORENSEN, DALLIN SORENSEN, DANE SORENSEN, and MADISON SORENSEN;<br><br>Plaintiffs,<br><br>v.<br><br>ECHO RENTAL COMPANY, REBECCA CAWLEY, as personal representative of the estate of JAY MICHAEL CAWLEY, deceased, BROOKS SEAPLANE SERVICE, INC., and ANNE MARGARET LUNT, as personal representative of the estate of NEIL LUNT, deceased,<br><br>Defendants. | No. 2:21-cv-00272-BLW<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND ANSWER DEADLINE** |

After considering the Joint Stipulation to Extend Answer Deadline (Dkt. 11) and good cause appearing therefor:

IT IS ORDERED that Defendant Echo Rental Company's deadline to file its answer to Plaintiffs' Complaint is extended to September 1, 2021.

DATED: August 13, 2021

_____
B. Lynn Winmill
U.S. District Court Judge